Magistrate Judge James P. Donohue

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. MJ18-566 |
|---|---|
| Plaintiff, | |
| v. | MOTION FOR DETENTION |
| ERNEST WAGNER, | |
| Defendant. | |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. 3142(e) and (f)

1. **Eligibility of Case.** This case is eligible for a detention order because this case involves (check all that apply):

    ☒   Crime of violence (18 U.S.C. 3156).

    ☐   Crime of Terrorism (18 U.S.C. 2332b (g)(5)(B)) with a maximum sentence of ten years or more.

    ☐   Crime with a maximum sentence of life imprisonment or death.

    ☐   Drug offense with a maximum sentence of ten years or more.

MOTION FOR DETENTION - 1
U.S. v. WAGNER/MJ18-566

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| ☐ | Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed. |
| ☐ | Felony offense involving a minor victim other than a crime of violence. |
| ☐ | Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. 921), or any other dangerous weapon. |
| ☐ | Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. 2250). |
| ☒ | Serious risk the defendant will flee. |
| ☐ | Serious risk of obstruction of justice, including intimidation of a prospective witness or juror. |

2.  **Reason for Detention.** The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

| | |
|---|---|
| ☒ | Defendant's appearance as required. |
| ☒ | Safety of any other person and the community. |

3.  **Rebuttable Presumption.** The United States will invoke the rebuttable presumption against defendant under 3142(e). The presumption applies because:

| | |
|---|---|
| ☐ | Probable cause to believe defendant committed offense within five years of release following conviction for a qualifying offense committed while on pretrial release. |
| ☐ | Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more. |
| ☐ | Probable cause to believe defendant committed a violation of one of the following offenses: 18 U.S.C. 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism). |

MOTION FOR DETENTION - 2
U.S. v. WAGNER/MJ18-566

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

☒  Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4.  **Time for Detention Hearing.**  The United States requests the Court conduct the detention hearing:

☒  At the initial appearance

☐  After a continuance of ___ days (not more than 3)

DATED this 11th day of December, 2018.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*/s/ Matthew P. Hampton*

MATTHEW P. HAMPTON
Assistant United States Attorney

MOTION FOR DETENTION - 3
U.S. v. WAGNER/MJ18-566

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970